STATE OF LOUISIANA

VERSUS

PROPERTY SEIZED FROM MR. WALTER THOMAS

NO. 25-K-406

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

September 04, 2025

Linda Tran
First Deputy Clerk

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Tran
First Deputy, Clerk of Court

**IN RE** WALTER THOMAS

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE JACQUELINE F. MALONEY, DIVISION "D", NUMBER 24-5559

Panel composed of Judges Fredericka Homberg Wicker,
John J. Molaison, Jr., and Scott U. Schlegel

## WRIT GRANTED FOR A LIMITED PURPOSE

The relator, Walter Thomas, seeks this Court's assistance to compel the district court to rule on his "Request for Personal Property," which was allegedly seized in "Item Number; F-22941-18." The relator states that he filed this request on or about August 1, 2024, and requested a "status update" on October 22, 2024, but has not received a response from the district court. The relator attached a copy of the request and his letter requesting a status update to his writ application.

We grant this application for the limited purpose of ordering the district court to rule within 45 days on any pending request for return of personal property that was properly filed by the relator and to provide a copy of any responsive rulings to this Court.

Gretna, Louisiana, this 4th day of September, 2025.

**JJM**
**FHW**
**SUS**

25-K-406

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. TRAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



**FIFTH CIRCUIT**

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **09/04/2025** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**25-K-406**

### E-NOTIFIED
24th Judicial District Court (Clerk)
Honorable Jacqueline F. Maloney (DISTRICT JUDGE)
Thomas J. Butler (Respondent)

### MAILED
Walter Thomas #590630 (Relator)
Raymond Laborde Correctional Center
1630 Prison Road
Cottonport, LA 71327